UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | Criminal No. 4:23-cr-122 |
| ADRIAN ALBERBTO CANO GOMEZ | § | |

**GOVERNMENT'S NOTICE OF TIME SERVED IN CUSTODY PENDING EXTRADITION**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America ("Government") files this Notice concerning Time Served while Pending Extradition:

1. The Defendant was arrested in Colombia for purposes of extradition on March 16, 2024.

2. The Defendant remained in custody until he was returned to the United States on April 24, 2025, per the Time-Served and Delivery Documents provided by the Government of Colombia, attached as Exhibit 1. A translated English copy is attached as Exhibit 2.

Respectfully submitted,

NICHOLAS J. GANJEI
United States Attorney

BY:  */s Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney

Federal Bar No. 915752
New Jersey Bar No. 043362000
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000
Fax:   713-718-3301

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing notice was filed with the District Clerk's Office and was provided to counsel of record via ecf filing on July 8, 2025.

*s/ Casey N. MacDonald*
Casey N. MacDonald
Assistant United States Attorney