

Received on
15 MAY. 2025
Copy to JUDATT
Copy to DOJ/OIA
L/LEI



Libertad y Orden

REPÚBLICA DE COLOMBIA
**MINISTERIO DE RELACIONES EXTERIORES**

**S-DIAJI-25-015513**

El Ministerio de Relaciones Exteriores – Dirección de Asuntos Jurídicos Internacionales - saluda muy atentamente a la Honorable Embajada de los Estados Unidos de América y procede a remitir el Oficio número 20251700044711 de fecha 6 de mayo de 2025, procedente de la Dirección de Asuntos Internacionales de la Fiscalía General de la Nación, mediante el cual se acompaña copia del acta de entrega en extradición del señor **ADRIÁN ALBERTO CANO GÓMEZ** e informa el periodo de privación de la libertad en territorio colombiano con fines de extradición.

Lo anterior, con el propósito de que el período de privación de la libertad en Colombia se tenga en cuenta en el proceso que se adelanta en los Estados Unidos de América.

El Ministerio de Relaciones Exteriores – Dirección de Asuntos Jurídicos Internacionales – hace propicia la oportunidad para reiterar a la Honorable Embajada de los Estados Unidos de América las seguridades de su más alta y distinguida consideración.

Bogotá D.C., 12 de mayo de 2025

A LA HONORABLE
**EMBAJADA DE LOS ESTADOS UNIDOS DE AMÉRICA**
Ciudad



GOVERNMENT
EXHIBIT
1
H-23-cr-122



**FISCALÍA**
GENERAL DE LA NACIÓN



**Al contestar hacer referencia al Radicado No. 20251700044711**
06/05/2025
Página 1 de 4

Bogotá, D.C.

Doctor
**JHON JAIRO CAMARGO MOTTA**
Director de Asuntos Jurídicos Internacionales
Ministerio de Relaciones Exteriores
Carrera 5 No. 9-03, Edificio Marco Fidel Suárez
Bogotá D.C.

**ASUNTO: Información de entregas en extradición - Estados Unidos de América (19 ciudadanos)**

Señor Director:

De manera atenta, para su conocimiento y fines pertinentes, me permito acompañar fotocopia de las actas de entrega en extradición a los Estados Unidos de América, de las personas que se relacionan a continuación:



DIRECCIÓN DE ASUNTOS INTERNACIONALES
AVENIDA CALLE 24 No. 52 - 01 EDIFICIO GUSTAVO DE GREIFF PISO 4, BOGOTÁ D.C CÓDIGO POSTAL 111321
TEL. DIRECTO 5702008 - CONMUTADORES: 5803814 - 5702000 EXTS. 13372-13355-13354-13371-13353
www.fiscalia.gov.co





**FISCALÍA**
GENERAL DE LA NACIÓN

Al contestar hacer referencia al Radicado No. **20251700044711**
**06/05/2025**



9. **Adrián Alberto Cano Gómez**, identificado con cédula de ciudadanía No. 98.653.824, expedida en la República de Colombia, permaneció privado de la libertad, entre el **16 de marzo de 2024** (fecha de captura con fines de extradición) y el **24 de abril de 2025** (fecha de entrega a las autoridades de los Estados Unidos de América).



DIRECCIÓN DE ASUNTOS INTERNACIONALES
AVENIDA CALLE 24 No. 52 - 01 EDIFICIO GUSTAVO DE GREIFF PISO 4, BOGOTÁ D.C CÓDIGO POSTAL 111321
TEL. DIRECTO 5702008 - CONMUTADORES: 5803814 - 5702000 EXTS. 13372-13355-13354-13371-13353
www.fiscalia.gov.co

**FISCALÍA**
GENERAL DE LA NACIÓN



**FISCALÍA**
GENERAL DE LA NACIÓN



Al contestar hacer referencia al Radicado No. 20251700044711
06/05/2025
Página 3 de 4

DIRECCIÓN DE ASUNTOS INTERNACIONALES
AVENIDA CALLE 24 No. 52 - 01 EDIFICIO GUSTAVO DE GREIFF PISO 4, BOGOTÁ D.C CÓDIGO POSTAL 111321
TEL. DIRECTO 5702008 - CONMUTADORES: 5803814 - 5702000 EXTS. 13372-13355-13354-13371-13353
www.fiscalia.gov.co





**FISCALÍA**
GENERAL DE LA NACIÓN



Al contestar hacer referencia al Radicado No. **20251700044711**
06/05/2025

Página 4 de 4

Por lo anterior, agradezco que se informe sobre el particular a la Embajada de los Estados Unidos de América y a la Dirección de Asuntos Migratorios, Consulares y Servicio al Ciudadano de ese Ministerio, **para que los períodos de privación de la libertad en Colombia de cada uno de los ciudadanos señalados en precedencia se tengan en cuenta dentro de los procesos que se adelantan en el exterior**.

Cordialmente,

**ADRIANA MARCELA MERCADO CRUZ**
Directora (E)
Dirección de Asuntos Internacionales

Anexo (s): 19 actas                  Proyectó: KVCS              Revisó: RLSR/CCW

DIRECCIÓN DE ASUNTOS INTERNACIONALES
AVENIDA CALLE 24 No. 52 - 01 EDIFICIO GUSTAVO DE GREIFF PISO 4, BOGOTÁ D.C CÓDIGO POSTAL 111321
TEL. DIRECTO 5702008 - CONMUTADORES: 5803814 - 5702000 EXTS. 13372-13355-13354-13371-13353
www.fiscalia.gov.co

**FISCALÍA**
GENERAL DE LA NACIÓN

| Página: 1 de 1 | INVESTIGACIÓN CRIMINAL | |
|---|---|---|
| Código: IC-FR-0093 | | |
| Fecha: 24-09-2021 | ACTA RECIBIDO Y ENTREGA DE EXTRADITABLE | POLICÍA NACIONAL |
| Versión: 0 | | |

*En Bogotá D.C., a los 24 días del mes de abril del año 2025 a las _____ horas, se recibe ( )* **entrega (X)** *al señor(a)* **ADRIÁN ALBERTO CANO GÓMEZ**, *identificado con cédula de ciudadanía colombiana No.* **98.653.824**, *en el aeropuerto internacional El Dorado, procedente de Centro Penitenciario y Carcelario la Picota de la ciudad de Bogotá D.C.,* **esta persona fue capturada el día 16 de marzo de año 2024**.

## EXTRADICIÓN ACTIVA   ( )

Autoridad que entrega: _____
Autoridad solicitante: _____
Delito: _____

## EXTRADICIÓN PASIVA   ( X )

*Custodios comisionados por la Embajada de los Estados Unidos, para recibirlo y trasladarlo según Comunicado-Oficio de fecha 21/04/2025, enviado por la Embajada de los Estados Unidos, facultados mediante oficio número 20251700039531, de fecha 21/04/2025, emanado por la Fiscalía General de la Nación y suscrito por la Doctora ADRIANA MARCELA MERCADO CRUZ, Directora (E) de Asuntos Internacionales, la cual comunica la extradición según Resolución Ejecutiva No. 445 de fecha 30/10/2024, confirmada con Resolución Ejecutiva No. 020 de fecha 24/01/2025, del ciudadano en mención, a los Estados Unidos de América, quién deberá comparecer ante la Corte para el Distrito Sur de Texas, por los delitos de Tráfico de Drogas y Concierto para Delinquir.*

**Funcionario que recibe al Extraditable:**          **Funcionario que entrega al extraditable:**

Firma:                                                                Firma:

**NICHOLAS BARBOSA**                                       **IJ. JAVIER CORREA HERRERA**
                                                                        Administrador de Información OCN
*Alguacil Federal US Marshals Service.*                 INTERPOL Colombia.

**Firma del extraditable:** Adrian cano

**Tipo documento de identidad:** cc

**Número de documento:** 98 653 824

PULGAR DERECHO        INDICE DERECHO
EXTRADITABLE           EXTRADITABLE

Avenida El Dorado  75 – 25, Barrio Modelia
Teléfonos 5159700 - Ext 30440
interpol.jefatocn@policia.gov.co
www.policia.gov.co

MIGRACIONCOL
Ministerio de Relaciones Exteriores
24 ABR. 2025
PT☐ PID☐ POA☐ VISA