

Liberty and Order

REPUBLIC OF COLOMBIA
**MINISTRY OF FOREIGN AFFAIRS**

[ink stamp]
**Received on**
**15 MAY 2025**
Copy to JUDATT
Copy to DOJ/OIA
L/LEI

**S-DIAJI-25-015513**

The Bureau of International Legal Affairs at the Ministry of Foreign Affairs presents its compliments to the Honorable Embassy of the United States of America and proceeds to forward a copy of Official Letter Number 20251700044711 dated May 6, 2025, which was sent by the Bureau of International Affairs at the Office of the Prosecutor General of the Nation. That official letter encloses a photocopy of the warrant of surrender of the subject of extradition, Mr. **ADRIÁN ALBERTO CANO GÓMEZ** and reports the period of time that he was in custody in Colombian territory for the purpose of extradition.

This aforementioned information is provided so that the time served in custody in Colombia may be taken into account in the case being prosecuted in the United States of America.

The Bureau of International Legal Affairs at the Ministry of Foreign Affairs avails itself of this opportunity to renew to the Honorable Embassy of the United States of America the assurances of its highest and most distinguished consideration.

Bogotá D.C., May 12, 2025
*[Signature]*

TO THE HONORABLE
**EMBASSY OF THE UNITED STATES OF AMERICA**
In this city





**OFFICE OF THE PROSECUTOR**
GENERAL OF THE NATION



**When replying, please reference Case File No. 20251700044711**
**05/06/2025**
**Page 1 of 4**

Bogotá, D.C.

Mr.

**JHON JAIRO CAMARGO MOTTA**

Director of International Legal Affairs

Ministry of Foreign Affairs

Carrera 5 No. 9 - 03. Edificio Marco Fidel Suárez

Bogotá D.C.

**SUBJECT: Information regarding warrants of surrender for extradition - United States of America (19 citizens)**

Dear Mr. Director:

For your information and for the relevant purposes, please find enclosed photocopies of the warrants of surrender for extradition to the United States of America of the individuals listed below:



BUREAU OF INTERNATIONAL AFFAIRS
AVENIDA CALLE 24 No. 52 - 01 EDIFICIO GUSTAVO DE GREIFF PISO 4, BOGOTA D.C. ZIP CODE 111321
DIRECT LINE 5702008 - SWITCHBOARDS: 5803814 - 5702000 EXTENSIONS: 13372-13355-13354-13371-13353
www.fiscalia.gov.co



OFFICE OF THE
PROSECUTOR
GENERAL OF THE NATION



OFFICE OF THE PROSECUTOR
GENERAL OF THE NATION



**When replying, please reference Case File No. 20251700044711**
**05/06/2025**



9.  **Adrián Alberto Cano Gómez,** holder of Citizen ID Card No. 98.653.824, issued in the Republic of Colombia, was held in custody between **March 16, 2024** (date of capture for the purpose of extradition) and **April 24, 2025** (date of surrender to the authorities of the United States of America).



BUREAU OF INTERNATIONAL AFFAIRS
AVENIDA CALLE 24 No. 52 - 01 EDIFICIO GUSTAVO DE GREIFF PISO 4, BOGOTA D.C. ZIP CODE 111321
DIRECT LINE 5702008 - SWITCHBOARDS: 5803814 - 5702000 EXTENSIONS: 13372-13355-13354-13371-13353
www.fiscalia.gov.co

OFFICE OF THE
PROSECUTOR
GENERAL OF THE NATION



**OFFICE OF THE PROSECUTOR**
GENERAL OF THE NATION



**When replying, please reference Case File No. 20251700044711**
**05/06/2025**
**Page 3 of 4**





BUREAU OF INTERNATIONAL AFFAIRS
AVENIDA CALLE 24 No. 52 - 01 EDIFICIO GUSTAVO DE GREIFF PISO 4, BOGOTA D.C. ZIP CODE 111321
DIRECT LINE 5702008 - SWITCHBOARDS: 5803814 - 5702000 EXTENSIONS: 13372-13355-13354-13371-13353
www.fiscalia.gov.co

**OFFICE OF THE
PROSECUTOR**
GENERAL OF THE NATION



OFFICE OF THE PROSECUTOR
GENERAL OF THE NATION



**When replying, please reference Case File No. 20251700044711**
**05/06/2025**
**Page 4 of 4**



Therefore, please inform the United States Embassy and the Office of Migration, Consular Affairs, and Citizen Services of that Ministry on this matter, **so that the time spent in custody in Colombia by each of the aforementioned citizens may be taken into account in the cases being prosecuted abroad.**

Sincerely,


[Signature]
**ADRIANA MARCELA MERCADO CRUZ**
Acting Director
Bureau of International Affairs

Enclosure(s): **19 warrants**          Drafted by: KVCS [Initials]          Reviewed by: RLSR/CCW [Initials]

BUREAU OF INTERNATIONAL AFFAIRS
AVENIDA CALLE 24 No. 52 - 01 EDIFICIO GUSTAVO DE GREIFF PISO 4, BOGOTA D.C. ZIP CODE 111321
DIRECT LINE 5702008 - SWITCHBOARDS: 5803814 - 5702000 EXTENSIONS: 13372-13355-13354-13371-13353
www.fiscalia.gov.co

OFFICE OF THE
PROSECUTOR
GENERAL OF THE NATION

| **Page**: 1 of 1 | CRIMINAL INVESTIGATION | |
|---|---|---|
| **Code**: IC-FR-0093 | | |
| **Date**: 09/24/2021 | RECORD OF TRANSFER AND WARRANT OF SURRENDER OF A SUBJECT FOR EXTRADITION | REPUBLIC OF COLOMBIA NATIONAL POLICE GOD AND COUNTRY NATIONAL POLICE |
| **Version**: 0 | | |

In *Bogotá, D.C.,* on the *24th* day of the month of *April* of the year *2025,* at _____, Mr. **ADRIÁN ALBERTO CANO GÓMEZ,** holder of Citizen ID Card No. **98.653.824,** is **received ( )   surrendered (X)** at the *El Dorado International Airport,* having come from the *La Picota Penitentiary and Jail in the city of Bogota D.C.* **The aforementioned person was captured on March 16, 2024.**

## *ACTIVE EXTRADITION (  )*

*Surrendering Authority:* _____
*Requesting Authority:* _____
*Offense:* _____

## *PASSIVE EXTRADITION (X)*

*Custodians commissioned by the Embassy of the United States, to receive and transfer him in accordance with Communiqué-Official Letter dated 04/21/2025 sent by the Embassy of the United States, authorized by Official Letter Number 20251700039531 dated 04/21/2025, issued by the Prosecutor General of the Nation and signed by Ms. ADRIANA MARCELA MERCADO CRUZ, Acting Director of International Affairs, which informs on the extradition in accordance with Executive Decision No. 445 dated 10/30/2024, confirmed by Executive Decision No. 020 dated 01/24/2025, of the aforementioned citizen to the United States of America, who must appear before the [District] Court for the Southern District of Texas to stand trial for the offenses of drug trafficking and conspiracy to commit a crime.*

**Official receiving the subject of extradition:**

*Signature:*
_____[Signature]_____
**NICHOLAS BARBOSA**

*Federal Marshal, US Marshals Service*

**Signature of the subject of extradition**: *[Signature]*

**Type of ID Document**: *Colombian Citizen ID Card*

**Document No.**: ____98653824____

**Official surrendering the subject of extradition:**

*Signature:*
_____[Signature]_____
**IJ. JAVIER CORREA HERRERA**
*Information Administrator, NCB*
*INTERPOL Colombia*



**RIGHT THUMB OF THE PERSON SUBJECT TO EXTRADITION**



**RIGHT INDEX FINGER OF THE PERSON SUBJECT TO EXTRADITION**

Avenida El Dorado 75 – 25 Barrio Modelia
Telephone No.: 5159700 ext. 30440
interpol.jefatocn@policia.gov.co
**www.policia.gov.co**

[ink stamp]

| REPUBLIC OF COLOMBIA SPECIAL ADMINISTRATIVE UNIT MIGRATION COLOMBIA | | |
|---|---|---|
| 2183 | MIGRATION COLOMBIA Ministry of Foreign Affairs | BOG |
| [logos] | 24 APR 2025 | E |
| TOURISM PERMIT ☐ INTEGRATION AND DEVELOPMENT PERMIT ☐ OTHER ACTIVITIES PERMIT ☐ VISA | | |
| [illegible] REPUBLIC OF COLOMBIA [illegible] ADMINISTRATIVE UNIT | | |