# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| Government, | § |
| | § |
| VS. | § CRIMINAL NO. H-23-122-4 |
| | § |
| Adrian Alberto Cano Gomez, | § |
| | § |
| Defendant. | § |

## CONSENT TO ADMINISTRATION OF GUILTY PLEA and
## FEDERAL RULE OF CRIMINAL PROCEDURE 11 ALLOCUTION
## BY UNITED STATES MAGISTRATE JUDGE

I, Adrian Alberto Cano Gomez the Defendant in this cause, with the advice and counsel of

my attorney, George W Aristotelidis hereby agree and consent to be advised of my rights and enter

a voluntary plea of guilty before the Honorable Richard W. Bennett, United States Magistrate Judge

for the Southern District of Texas, Houston Division. I understand that my guilty plea is subject to

approval and final acceptance by the **Honorable Lee Rosenthal** United States District Court Judge

for the Southern District of Texas, Houston Division, and that sentencing will be conducted by the

**Honorable Lee Rosenthal.**

Signed on this 3rd day of March 2026, at Houston, Texas.


Adrian Alberto Cano Gomez
Defendant's Name

_Adrian Cano_

| | |
|---|---|
| Defendant | Attorney for Defendant |

Assistant United States Attorney