**UNITED STATES DISTRICT COURT**      **SOUTHERN DISTRICT OF TEXAS**

ENTERED
March 03, 2026
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 4:23–cr–00122 |
| | § | |
| | § | |
| | § | |
| Adrian Alberto Cano Gomez | § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty, a presentence report is ordered.

1. By **April 7, 2026**, the initial presentence report must be disclosed to counsel *(about 35 days after determination of guilt)*.

2. By **April 21, 2026**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection *(14 days after disclosure)*.

3. By **May 5, 2026**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues *(14 days after disclosure)*.

4. Sentencing is set for **Tuesday, May 12, 2026 at 11:00 AM** *(no sooner than 35 days from initial disclosure)*.

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately–with a copy of this order–to:

**United States Probation
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250–5266**

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed March 3, 2026.

Richard W. Bennett
United States Magistrate Judge