## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                                    **4:23-cr-00122**

**ADRIAN ALBERTO CANO-GOMEZ**

## JOINT UNOPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO THE PSR

The defendant, Adrian Cano-Gomez, joined by opposing counsel, Mr. Anibal Alaniz, files this unopposed motion and moves this Court for a 15-day continuance of the May 21, 2026, deadline to file objections to the PSR, to June 4, 2026. The parties request additional time to resolve a sentencing issue that has arisen, involving the proper classification of "cocaine paste" under the sentencing guidelines.

Mr. Anibal Alaniz, AUSA in charge of this case, does not oppose the requested extension of time to file the PSR objections.

WHEREFORE, the parties request an extension of 15- days to file objections to the PSR.

Respectfully submitted,

PHILIP G. GALLAGHER
Federal Public Defender
Southern District of Texas No. 566458
New Jersey State Bar No. 2320341

By /s/ Jorge Aristotelidis
GEORGE W. "JORGE" ARISTOTELIDIS
Assistant Federal Public Defender
Attorney in Charge
Texas State Bar ID No. 00783557
Southern District of Texas No. 1443
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas      77002
        Telephone:  713.718.4600

## **CERTIFICATE OF SERVICE**

I certify that on May 21, 2026, a copy of the foregoing Joint Unopposed Extension of Time to File Objections to the PSR, was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Anibal Alaniz and United States Probation Officer Jennifer Brock.

By /s/ Jorge Aristotelidis
GEORGE W. "JORGE" ARISTOTELIDIS