UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:23-cr-0122-004 |
| | § | |
| ADRIAN ALBERTO CANO | § | |

**UNOPPOSED**
**UNITED STATES OF AMERICA'S**
**MOTION TO DISMISS REMAINING COUNTS OF THE INDICTMENT**

The United States of America ("Government") files this unopposed motion to dismiss the

remaining counts of the indictment against Adrian Alberto Cano ("Cano").

1.

On March 3, 2026, Cano entered a guilty plea to Count 3 of the indictment.

2.

On June 17, 2026, the Court sentenced Cano to twenty-seven (27) months imprisonment.

3.

The Government requests that the Court dismiss the remaining counts of the indictment as

to Cano.

Respectfully submitted,

JOHN G.E. MARCK
Acting United States Attorney

***s/ Anibal J. Alaniz***
Anibal J. Alaniz
Assistant United States Attorney
Texas Bar No. 00966600
Federal I.D. No. 12590
1000 Louisiana

Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9487 (direct)


***s/ Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney
New Jersey State Bar No. 043362000
Federal Bar No. 915752
1000 Louisiana
Suite 2300
Houston, Texas 77002
713-567-9000 (office)
713-567-9798 (direct)

CERTIFICATE OF CONFERENCE

On June 17, 2026, the Government conferred with counsel for Cano regarding this motion

and Cano is unopposed to said motion.

***s/ Anibal J. Alaniz***
Anibal J. Alaniz
Assistant United States Attorney


***s/ Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney

CERTIFICATE OF SERVICE

On June 17, 2026, the Government filed this motion via ECF and served counsel of record.

***s/ Anibal J. Alaniz***
Anibal J. Alaniz
Assistant United States Attorney


***s/ Casey N. MacDonald***
Casey N. MacDonald
Assistant United States Attorney