UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:23-cr-0122-004 |
| | § | |
| ADRIAN ALBERTO CANO | § | |
| | § | |

**ORDER**

The United States of America's unopposed motion to dismiss the remaining counts of the indictment as to Adrian Alberto Cano is granted. Count 1 and Count 2 of the indictment are dismissed as to Adrian Alberto Cano.

Signed on June __17__, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge